UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK LAVELL WILLIAMS,

                  Petitioner,

-against-

STATE OF NEW YORK, ET AL.,

                  Respondents.

25 CIVIL 2576 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 20, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge